In The United States District Court

For The Southern District of Ohio

RECEIVED

FILED M
RICHARD W. NAGEL
CLERK OF COURT

Plaintiff

JAN 1 3 2023

Antonio Johnson #640-044

DEBORAH S. HUNT, Clerk

1724 St. Route 728

Lucasville, OH 45699

23 JAN 23 PM 12: 28

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

V.

1:23CV039.

Defendants

ODRC

4545 fisher Rd

Columbus, OH 43228

J. McFARLAND

M.J. LITKOVITZ

Annette chambers-Smith

4545 fisher Rd

Columbus, OH 43228

Ronald Erdos

1724 St. Route 728

Lucasville, OH 45699

Linnea Mahlman

1724 st. Route 728

Lucasville, OH 45699

Sgt. Jason Taylor

1724 st. Route 728

Lucasville, OH 45699

Officer Borders

1724 st, Route 728

Lucasville, OH 45699

①

Officer Crabtree
1724 St. Route 728
Lucasville, OH 45699            )

Lt. Bauer
1724 St. Route 728
Lucasville, OH 45699            )

Lt. B. Williams
1724 St. Route 728
Lucasville, OH 45699            )

Officer Stringer
1724 St. Route 728
Lucasville, OH 45699            )

Officer John Doe
1724 St. Route 728
Lucasville, OH 45699            )

Lt. John Doe
1724 St. Route 728
Lucasville, OH 45699            )

Larry Greene
1724 St. Route 728
Lucasville OH 45699             )

ALP. Mr. Conley
1724 St. Route 728
Lucasville, OH 45699            )

②

Jurisdiction & venue:

**1.**

This is a civil action authorized by the 42 U.S.C Section 1983 to redress the deprivation, under color of state Law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28.U.S.C. Section 1331 and 1343 (a) (3). Plaintiff Antonio Johnson #640-044 Seeks declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's Claims for inJunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the federal rules of Civil Procedure.

**2.**

The United states district Court for Southern District of Ohio is an appropriate venue under 28 U.S.C. Section 1391 (B)(2) because it is where the events giving rise to this Claim Occured.

## Plaintiff

**3.**

Plaintiff Antonio Johnson #640-044, is and was all times mentioned herein a Prisoner of the state of Ohio in the Costody of the Ohio Department of Rehabilitation and Corrections. He is currently confined in Southern Ohio Correctional Facility in Lucasville, Ohio.

# Defendants

**4.**             Failure To Protect From Harm:

Ohio Department of Rehabilitation and Corrections in their Official Capacity Under Color of state law as the *Entity that Employs* all of the *Mentioned* Defendants.

**5.**             Failure To Protect From Harm:

Defendant, Annette Chambers-Smith is the Director of the State of Ohio. She is legally responsible for the Overall operation of the department and Each institution Under its Jurisdiction, including Southern Ohio Correctional Facility.

**6.**             Failure To Protect From Harm:

Defendant, Ronald Erdos at the time was acting superintendent/ Warden of Southern Ohio Correctional facility. He is Legally responsible for The operation of Southern Ohio Correctional facility and for the Welfare of all the inmates of the Prison.

**7.**

Defendant, Linnea Mahlman is the institution Inspector of the ODRC who at all times *mentioned* in this complaint held the rank of institution inspector and is assigned to S.O.C.F.

④

8. Defendant, Jason Taylor is a Sargent of the ODRC who at all times mentioned in this complaint held the rank of Sargent and was assigned to the S.O.C.F.

9. Defendant, Officer Borders is a Correctional officer of the ODRC who at all times mentioned in this complaint held the rank of Correctional Officer of the S.O.C.F and was assigned to the S.O.C.F.

10. Defendant, Officer Crabtree is a Correctional officer of the ODRC who at all times mentioned in this complaint held the rank of correctional officer and was assigned to the S.O.C.F.

11. Defendant, Lt. Bauer is a Leutenant of the ODRC who at all times mentioned in this complaint held the rank of Leutenant and was assigned to the S.O.C.F.

12. Defendant, Lt. B. Williams is a Leutenant of the ODRC who at all times mentioned in this complaint held the rank of Leutenant and was assigned to the S.O.C.F.

13. Defendant, Officer Stringer is a Correctional officer of the ODRC who at all times mentioned in this complaint held the rank of correctional officer and was assigned to the S.O.C.F.

14. Defendant, Officer John Doe is a Correctional officer of the ODRC who at all times mentioned in this complaint held the rank of correctional officer and was assigned to the S.O.C.F.

15. Defendant, Lt. John Doe is a Leutenant of the ODRC who at all times mentioned in this complaint held the Rank of Leutenant and was assigned to the S.O.C.F.

⑤

16. Defendant Larry Green is the warden assistant/records coordinator of the Ohio Department of Rehabilitation and Corrections who at all times mentioned in this complaint held the rank of warden's assistant/records coordinator and was assigned to the S.O.C.F.

17. Defendant, ALP. Mr. Conley is a ALP in medical of the ODRC who at all times mentioned in this complaint held the Rank of ALP in medical and was assigned to the S.O.C.F.

18. Each Defendant is sued individually and in His/Her offical Capacity. At all times mentioned in this complaint Each Defendant acted Under Color of State Law.

## Derelection of Duty:

19. Linnea Mahlman Violated my first Amendment right redress to grievance and ODRC Policy 5120-9-31 and OAC 5120: 5120-9-31 Sec(a) state the DRC shall Provide inmates access to an inmate grievance Procedure. This Procedure is designed to address the inmate complaints related to any aspect of institutional life that directly affect the grievance. This include Complaints regarding applications of Polices, Procedures, Conditions of Confinement, or actions of institutional staff. Linnea Mahlmans Job duties are to rectify and resolve inmate complaints and she failed to Properly do her Job duty by denying my Complaint in an attempt to cover up the crimes that the mentioned Defendants Committed and to cover up the fact that my constitutional rights was Violated Linnea Mahlman Violated my first Amendment regress to grievance.

6

# Cruel and Unusual Punishment

20. On 1-7-2021 my cell window was covered up due to I was using the Bathroom. Officer Borders and Sgt Jason Taylor came to my cell and started to open the first Door an started Yelling an Verbally abusing me. I told the both of them to talk to me with respect like I was doing them. Sgt Jason Taylor waved his O.C. Can at me tells me to "Shut the fuck up and keep my window clear" while he was Yelling at me an waving his O.C. I began to fear for my safty and life so I wraped myself in a blanket and stood at the back of my cell. Sgt Jason Taylor sprayed me. I Panicked tryed to run but had no Place to go I slipped on the mace, hit my head then Sgt Jason Taylor told me to "Cuff Up" as I tryed to get back to the door, I get sprayed a second time I dont know by who because of the first O.C. spray. When I finally get to the door they Pull my blanket through the bars and cuff me up. Officer Boarders and Sgt Jason Taylor Violated my 8th amendment cruel and unusual Punishment Excessive force was used on me ODRC Policy 5120-9-04 state no inmate or offenders under the supervision of APA will be subjected to Personal abuse corporal Punishment, Personal injury, disease, Property damage, or harasment and 31-SEM-02 state all Persons employed by ODRC are expected to conduct themselves in a Personal, law-abiding manner. Failure to comply with standards of Employment conduct shall resault in discipline, up to and including removal. I requested a lie detector test in Pursuant 5120-9-27 and was denied.

(7)

## Failure To Preform Job duty:

21. 10-24-21 lunch time while I was in D-1 hunger strike cell officer Crabtree opened the first door to my cell and asked if I wanted to eat I told him "No". Officer Crabtree then stated "You Niggers gone stop refusing these trays" refering to me and my Neighbor inmate Weaver 641-925 who was also on hunger strike and witnessed this entire incident. After hearing the racial remarks towards me and my neighbor I then asked officer Crabtree for a informal complaint and Kites to write him up. Officer Crabtree then stated "Fuck that write up I'll come in there and hang Your ass" Officer Crabtree then opened the 2nd door to my cell as if to make an attempt to come in and hang me, but he immediately closed the Door and walked away but he did not lock it at this time I began to fear for my life knowing my door was still unlocked. Officer Crabtree Violated my 8th Amendment and ODRC Policys 5120-9-04, 31-SEM-02

## Cruel and Unusual Punishment

22. 10-24-21 Leutenat B. Williams wall called by Officer M. Dotson because of my 2nd cell door was open an I was outside of it requesting a Leutenat. Leutenat Bauer approched my cell with his O.C. Spray in hand I immediately walked to the back of my cell and put my hands on the wall, Leutenat Bauer with no verbal commands plased the O.C. Spray into the corner of my door and sprayed the entire can into my cell. This caused me to lose my breath for a period of time in witch I began to lose consious, I fall hit my head my neck and back immediately began to hurt. I wake up to the Leutenat coming back to my cell and told me to get off the floor an cuff up an I complyed. The Leutenat Violated my 8th Amendment cruel and unusual punishment.

8

## Cruel and Unusual Punishment

23. 8th amendment states that I have the right to be free from Cruel and Unusual Punishment. 1-15-22 I was escorted from K-1-61 to J-2 without a Supervisor. Officer Stringer along with another officer I dont know the name of escorted me while twisting and Pulled my Wrist and thumbs like a "Joystick" to the Point I lost feeling and I was repeatedly slamed to the ground and draged down the hallway to the Point my right knee was fat and swollen and my neck and back was in extream Pain. No Nurse came to record my injuries on my Use of force Report I stated "use of force was used on me". The Officers that Partook in the assault on me violated my 8th Amendment Cruel and Unusual Punishment.

24. ## Improper/inadequate medical care

On 1-21-22 I was escorted to medical to see ALP. Mr Conley for injuries that took Place on a Use of force on 1-15-22. I had injuries to my thumbs, wrist, neck, Back, and knee. These injuries was not recorded till 1-21-22 by medical. I explained to Mr Conley How I was in extream Pain and I need X-Rays and MRI's of the injured areas. Mr Conley refused to order to have X-Rays and MRI's. All he did was give me Ibprofin and sent me on my way to suffer in Pain. This is Improper/inadequate medical care and Cruel and Unusual Punishment.

(9)

## Failure To Preform Job Duty:

25. In Pursuant 07-ORD-01 section (B)(1) Public Records state the Public Records Coordinator shall manage the Processing of Public Records request and arrange for an area to accommodate in-Person inspection. The Public Records Coordinator shall be responsible for approving the material to be inspected or copied and keeping a written record of each request and response there to Public Records Coordinator Larry Green violated ODRC Policy 07-ORD-01 and failed to Properly do his Job I sent Public record request in Writing and on the kiosk to Larry Green and sought the use of Force reports for the Dates 1-15-28, 10-24-21, ~~10-20-22~~ 1-7-2021 and was denied. Larry Green Violated Ohio Public Records act and ODRC Policy 07-ORD-01 Public Records.

## Exhaustion of Legal Remedies:

26. Plaintiff Antonio Johnson #640-044, Used the Prison grievance Procedure and was denied Plaintiff appealed to the Cheif legal inspector and Was also denied Plaintiff attempted to resolve these matters but was deliberately and intentionally ignored. Attached to the back of this complaint is exhibits.

## Legal Claims

27. Plaintiff Antonio Johnson #640-044 reallege and incorporate by reference Paragraph 1-26

28. Derelection of Duty, Failure to Protect from harm, Failure to Preform Job duties, and Cruel and unusual Ponishment, Improper/inadequate medical care violated Plaintiff Antonio Johnson #640-044 rights and constitued inapropreate Supervison standards of employee Conduct, and Failure to Protect. Under the 8th amendment to the United states Constitution.

29. The Plaintiff Has no Plain, adequate, or complete remedy at Law to Redress the Wrongs described Herein. Plaintiff has and Will continue to be irreparably injured by the conduct of the defendants unless the court grant the declaratory and injuctive relief Witch Plaintiff seeks.

Prayer For Relief

30. Wherefore, Plaintiff Antonio Johnson #640-044, respectfully Prays that this court Enters Judgement granting Plaintiff:

31. A declaration that the acts and omissions described here in Violated Plaintiff's right's under the constitution and Law of the United States.

32. A Preliminary and Permanent injunction ordering defendants. Annette Chambers-Smith, Ronald Erdos, Linnea Mahlman, Sgt Jason Taylor, officer Borders, officer Crabtree, Lt. B. Williams, Lt. Bauer, Lt John Doe, Officer Stringer, Officer John Doe, Larry Green, ALP. Mr. Conley. To follow ODRC Policy 31-SEM-02, 07-ORD-02, 64-DEM-01

⑪

33. Nomnal Damages in the amount of #50,000.00 against Each defendant, Jointly and Severally.

34. Compensatory Damages in the amount of #50,000.00 against each defendant, Jointly and Severally.

35. Punitive/exemplentory Damages in the amount of #50,000.00 against each defendant, Jointly and severally.

36. Monetary Damages in the amount of #50,000.00 against each defendant, Jointly and severally.

37. Not to be charged money to be housed by ODRC.

38. Proper medical care.

39. A Jury Trial on all issues triable by Jury.

40. Plaintiff's cost in this suit.

41. A institutional Transfer

42. Any additional relief this court deems Just, Proper, and Equitable.

(12)

Respectfully Submitted

Antonio Johnson #640-044
1724 St. Route 728
Lucasville, OH 45699

## Verification

I have reread the foregoing complaint and hereby verify that it states the facts as asserted therein based upon knowledge and information recived. I certify under Penalty of Perjury that the above facts are True an Correct.

Executed at Lucasville, Ohio 45699 on 1-8-2023

Antonio Johnson

# Informal Complaint Resolution

01-21- 070

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

| Submitted To: 1st Shift Capton | | Date Submitted: 1-11-21 |
|---|---|---|
| Inmate's Name: Antonio Johnson | Number: 640044 | Housing Assignment: J2-35 |

Complaint Regarding: On 1-7-2021 I had boarded up my cell to use the rest room. The officer working did a round. this was the first round pyor to me boarding my cell up. He said take the board down I said he calls for a white shirt. He comes they open my cell an starts yelling an cussing at me. I tell him respectfully to talk to me with respect I he I am him he waves the o/c mace can at me tells me to shut the fuck up an he listion an keep the board up out my window while he is talking I wrap my self in a blanket go to the back of my cell on the panic side He sprays me I tryed to run had no where to go I slip on the mace Hit my head Then he stated "cuff up" Then as Im trying to get to the door I get sprayed a second time I dont know who by. I get to the door finally. they pull my blanket through the bars an cuffs me... Excessive force was used on me an Inappropirte Supervision agoint this inmate. Im willing to take a inhouse lie detector to these facts an the lack of real reason to use any force on me. The officers involved are Sgt Jason Taylor an co Renders The DVR can support Most these facts I am fearing for my safty and Life

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

This is under current Investigation

RECEIVED JAN 19 2021 CAPTAIN'S OFFICE

(Lm) 1-7-21 Reported Use of Force RIB SOCF-21-000054

RECEIVED S.O.C.F. INSPECTOR

| Staff Member's Signature and Title: | Date: 1-11-21 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)     ACA 4271

# Appeal to the Chief Inspector

| Name: Antonio Johnson | | Number: 640-044 |
|---|---|---|
| Institution: SOCF | Grievance No. | Date: 12-14-21 |

*INSTRUCTIONS:* *Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: CHIEF INSPECTOR, 770 West Broad Street; Columbus, Ohio; 43222.*

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s):



Violation of 5120-09-04 inappropriate supervision, misuse of force, Violation of my 8th amendment constitutional right to be free from cruel & unusual Punishment & medical Neglect on Oct-24-2021 lunch time while I inmate Johnson 640-044 was in unit D-1 double Door cell 20 on Hunger strike witness officer Crabtree open the first door to my cell an ask if I wanted to eat I told officer Crabtree No. In which officer Crabtree Replied "you niggers are gonna stop refusing these trays" refering to me and my neighbor Weaver 641-955 D-1 cell 19 who was also on Hunger strike & had verbaily & visualiy witness this entire incident. After hearing that racial remark toward me an my neighbor I then asked officer Crabtree for a informal complaint an hites so I can write him up, officer Crabtree then stated "fuck that write up I'll come in the Pan turn your ass" officer Crabtree then opened the 2nd door to my cell as i- to make an attempt to come in an turn me to it he immediately closed the door an walked away but he did't- lock it at this time I forgot to tell of my life knowing he knew was still unlocked an any officer could just come in my cell an do se harm to me I then asked my neighbor what I should do in this situation? My neighbor told me to remain calm anti I 2nd unit to let then officer knows about my door being open an I need Inmate an hites which then caused in and I so exactly that but both my door ignored an Refused any assistance. I then stepped out of the 2nd door & knocked on the first door so my cell to better receive the officers attention. One 2nd unit officer called the Lieutenant when the Lieutenant approached the first door to my cell with O/C spray in hand I immediately walked back into my cell straight to the back of my cell an put my hands on the wall. The Lieutenant then with no Verbal commands & no valid reason entered into the first door and I mediately Placed the Tube of the O/C spray into the corner of my door & sprayed the entire can into my cell. This caused me to lose my breath for a period of time in which I began to lose Consciousness, I then tried hitting my head all causing severe Neck & Back Pain. I then numerous times screamed out for medical assistance, passing out with no help. The Lieutenant came back to my cell an I yelled & pleaded & escorted out of the cell an placed comply but struggled to get to my feet. I was then cuffed & him & escorted out of the cell an placed into the strip out cage. The Nurse came an I told him about the hurt in my neck & my back but he refused me any proper medical assistance.

of Inmate:

v 08/08)

Distribution: White - Chief Inspector    Canary - Inmate

K-14

Joshua
Gooch

# NOTIFICATION OF GRIEVANCE

| Name: Johnson | Institution: SOCF |
|---|---|
| Number: 01-40-044 (LM) | Grievance No. (To be completed by Inspector's Office): 12-21-02 |
| Housing Assignment: DL-20 K1-61 | Date: |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

I have Requested twice for another NOG so I could be more specific like it says but never got one so I'm going to do what I can with this one. DL Officer Crabtree brung me my lunch on 10-24-21 an can be seen on the camera keying the first door to enter after he entered he asked me "are you niggers are gonna stop refusing these trays" referring to me an my neighbor Weaver 641-925. D-1 cell 19 who was also on hunger strike 3 for a Informal he stated "I wanted a tray I said "no" he stated next he stated "Fuck that write it up I'll come in there and hang your ass" Crabtree keyed the second door as a to enter but he immediately closed the door an walked away but he did not lock it. At this time I became to fear for my life knowing my door was still unlocked an any officer could just come in my cell an cause harm to life. I then asked my neighbor what should I do in this situation? my neighbor told me to remain calm until 2nd shift to let the then officers know about my door being open an I need Informals and kites. 2nd shift then comes in and I do exactly that an can be seen on camera doing so) but was immediately ignored an Refused any assistance (witch can be seen as well on camera). I then stepped out of my 2nd door & knocked on the first door of my cell to better receive the officers attention. One 2nd shift officer called the Leutenant & when the Leutenant approached the first door to my cell O/C spray in hand ("can be seen on camera") I immediately walked back into my cell straight to the back of my cell and put my hands on the wall to show no threat (I'ma finish this as instructed by Ms Mallman on paper)

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☒ Yes ☐ No

C. I filed an informal complaint on  10-24  with  Inspector/shift capton
   (Attach informal complaint resolution).
   Date          Name                    Position

D. I have read Administrative Regulation 5120-9-31.  ☐ Yes  ☒ No

Inmate Signature: Antonio Johnson 640044

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: SOCF |
|---|---|---|
| Number: J140-044 | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: K13-17 | | Date: |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

On 1-15-22 DRC Policy 64-DCM-01 was violated an my constitutional right to be free from cruel an unusual punishment was violated as well. I was escorted by two officers from K-1-61 to J-2 stripout cage. No white shirt was present at my cell when I cuffed up an was pulled out of my cell or when I was escorted down the hall. While I was escorted I was tortured an tormented the entire way to J-2 stripout cage. They slammed me in handcuffs an shackles several times bruising my knee cap. they bent on twisted my thumb an wrist to the point I could not feel them. This is on DVR. My back as well as my back. I did not get my back up I went from the 15th to the 27th with no blankets or sheats or . . . clean . . . rapped blanket exchange or it can . . . that day gave me two blankets due to the fact. I did not recive medical treatment that day it can be seen on DVR. no nurse was at the stripout cage to record my sever injuries I still suffer from today 2-13-22. I stated for my use of force statement "Force was used on me an I was trying to comply." This is my 3rd use of force where the result ended in injury. I keep making it known I fear for my safty at this prison no one listions an no one helps. I see on this sheet the inspector wrote RIB on here I'm not aware of no RIB hearing or no ticket

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☒ Yes    ☐ No

C. I filed an informal complaint on 1-15-22 with 1st shift captom an inspector
                            Date                Name              Position

(Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31.    ☐ Yes    ☒ No

Inmate Signature: Antonio Johnson 690044

DRC 4088 (Rev. 11/01)    DISTRIBUTION:    WHITE & CANARY - Inspector    PINK - Inmate    ACA 4271, 4331

# NOTIFICATION OF GRIEVANCE

| Name: Johnson | | Institution: SOCF |
|---|---|---|
| Number: 640-044 | | Grievance No. (To be completed by Inspector's Office): 2-21-14 |
| Housing Assignment: K1-101 | | Date: |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

Violation of 5120-9-04 inappropriate supervision, Retaliation Violation of my 8th amendment constitutional right to be free from cruel & unusual Punishment. I have been in J2 slammer side for weeks an still have weeks to go. (I did 10 days Prior to going up to L-1-20 10-16-al to 10-20-al im solitary confinement did another 14 days in D-1-20 then was being back to J2 slammer to do more time I did over 30 days solitary confinement.) We are given one roll of toilt paper (never is any more. They never do any clothes wash or let us change are orniges an we are often back in J2 for weeks (Van at the toilts are followed to prevent any of this or the AR.) I have not been able to call my family in J2 we are not let onto the wall Phone no matter how long we are back there. (our toilets an ARs are not followed.) These cell walls are extremely un sanitary wall stained with Poop Pee Mace also wall Paint Peeling, rust as well. The well are not given cleaning supplies to clean are cells. It a toilet bowl brush to clean the toilt. we are not given Tolts are caked up around the walls at are toilts wit Poop an scum an whatever else. (again dont follow Policys or ARs) We are per Policy clean once aweek that is not Due to lack of consistancy of cleaning supplies an cleaning We are behind two door on slammer side with no good circulation in the cell due to the double doors an the heat is Turned all the way up so due to the Poor circulation in are cells as well as the two doors are cells are extream sweat Boxes wit is difficult Torcher an could be fixed with Proper circulation. I am finishing this Grievance on Paper due to no room an one Grievance form is only given at a time

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.
☐ Yes ☐ No

C. I filed an informal complaint on ___11-23-21___ with ___1st shift caplon & Inspector___
(Attach informal complaint resolution). Date _____ Name _____ Position _____

D. I have read Administrative Regulation 5120-9-31. ☐ Yes ☒ No

Inmate Signature: Antonio Johnson

DRC 4088 (Rev. 11/01)  DISTRIBUTION:  WHITE & CANARY - Inspector  PINK - Inmate  ACA 4271, 4331

# NOTIFICATION OF GRIEVANCE

| Name: Johnson | | Institution: SOCF |
|---|---|---|
| Number: 640-044 | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: K2-17 | | Date: |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

Medical neglect on 1-21-22 I was escorted to medical to see Dr Connor about my medical issues that still exsist to this very day. These following injuries happen on 1-15-22 my injuries was not Recorded till 1-20-22. my right Thumb on the left side has no feeling my right wrist on the left side has deep cut an I have a shooting pain that Travel up my arm when my wrist or Thumb is bent a pacific way. The exact same thing applys to my left wrist an Thumb on my right side. My lower neck, between my sholder blades, an lower back is in extream Pain from the use of force used on the 1-15-22. I went to the Dr to explain to him I NEED X-Rays an MRI's to find out the extent o- the Damage witch Dr Connor refused to order to have done. My Right lower knee is black, blue, an yellow. They Dr is helping keep no Record of real injuries. I'm in a lot of Pain in my body every Day 2-13-22 in the areas I done spoke on. On my informals, "Action Taken" Ms Goodmin said a medical report was completed on 1-15-22 that is false things are being cover up at this Prison. This Prison operates on the "Buddy System" everyone covers each others back. This Dr Connor also violated DRC Policy 67-DCM-01 what would solve my Complaint is X-Rays an MRI's of all my Problem areas an when its found out Problems exsist in these areas Dr Connor is held accoutable for his Poor Practices an Cruel an Unusual Punishment is to indure my injuries Pains with no Proper documentation or relief

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☐ Yes    ☐ No

C. I filed an informal complaint on 1-21-22 with Ms Goodmin

    (Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31.    ☐ Yes    ☒ No

Inmate Signature: Antonio Johnson 640044

DRC 4088 (Rev. 11/01)    DISTRIBUTION:    WHITE & CANARY - Inspector    PINK - Inmate    ACA 4271, 4331

# Appeal to the Chief Inspector

| Name: Antonio Johnson | | Number: 640044 |
|---|---|---|
| Institution: SOCF | Grievance No. 2-22-15 | Date: |

*INSTRUCTIONS:     Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used.  Submit to: CHIEF INSPECTOR, 1050 Freeway Dr. North; Columbus, Ohio; 43229.*

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s):

Medical neglect on 1-21-22 I was escorted to medical to see Dr Conley about my medical issues that still exist to this very day. These following injuries happen on 1-15-22 my injuries was not Recorded till 1-20-22 my right Thumb on the left side has no feeling my right wrist on the left side has deep cut on I have a shooting pain that travels up my arm when my wrist or Thumb is bent a pacific way. The exact same thing applies to my left wrist on Thumb on my right side. My lower and upper near my shoulder blades and lower back is in extream pain from the use of force used on me 1-15-22. I went to the Dr to explain to him I need x-rays on MRIs to find out the extent of the Damage which Dr Conley refused to order to have done. My right lower knee is black, blue, on Yellow. This Dr is helping keep to record it that it writes. Im still having Problems to this very day on 15-22 on the areas I done spoke on. On my informals. "Hehen Taken." Ms Goodman said a medical report was completed on 1-15-22 that is false things are being cover up at this Prison. This Prison Operates on the "Buddy system" everyone covers each others back. This Dr Conley also violated DRC Policy 64-DCM-01 what would solve my complaint is x-rays on MRIs at all my Problem areas an when its found out Problems exist in these areas Dr Conley is held accountable for his Poor Practices an cruel an unusual punishment for having to indure my injuries pains with no proper documentation or Relief

| Signature of Inmate: | Antonio Johnson 640044 |
|---|---|

DRC 4146 (Rev 3/02)          Distribution: White - Chief Inspector   Canary - Inmate          ACA 4271

# Appeal to the Chief Inspector

| Name: Antonio Johnson | | Number: 640-044 |
|---|---|---|
| Institution: SOCF | Grievance No. 2-22-17 | Date: 2-26-22 |

**INSTRUCTIONS:** Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: CHIEF INSPECTOR, 1050 Freeway Dr. North; Columbus, Ohio; 43229.

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s):

On 1-15-22 DRC Policy 64-DCM-01 was violated on my constitutional right to be free from cruel an unusual punishment was violated as no white shirt was present at my cell when I cuffed up an was pulled out of my cell or when I was escorted down the hall. while I was escorted I was tortured an turmented me the entire way to J2 stripout cage. They slammed me in handcuffs an shackles several times brusing my knee cap, they bent an twisted my arm an wrist to the point I could not feel them. This is on DVR my neck aswell as my Back. I did not get my pack up I went from the 15th to the 27th with no blankets or sheets. On the 27th he had blanket exchange an I can be seen on DVR an the officer working that day gave me two blankets due to the fact. I did not receive medical treatment that day it can be seen on DVR no nurse was at the stripout cage to record my self injuries. I still suffer from today 2-13-22. I stated for my use of force state form "Force was used on me an I was trying to comply". This is my 3rd use of force where the result was _____. I keep making it known I fear for my safity at this _____ e.d Oo old

J o yu 20U

| Signature of Inmate: Antonio John-on 640044 |
|---|

ACA 4271

Johnson
940044
K940

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

Submitted To: Inspector/ 2nd shift Captain

Date Submitted: 10-24-21

Inmate's Name: Antonio Johnson

Number: 640044

Housing Assignment: D1-20

Complaint Regarding: Page 2 continue → I then stepped out of the 2nd Door & knocked on the first door of my cell to better receive the officers attention. One 2nd shift officer called the Leutenant & when the Leutenant approached the first door to my cell with O/c spray in hand I imediately walked back into my cell straight to the back of my cell and put my hands on the wall. The Leutenant then with no verball commands & no valid reason entered into the first Door and Imediately placed the Tube of the O/c spray into the corner of my Door & sprayed the entire can into my cell. This caused me to lose my breath for a period of time in which I began to lose consious. I then fell & hit my head ultimately causing severe Neck & Back Pain. I then numerious time screamed out for Medical assistance. 20 minutes pass with no Help. The Leutenant came back to my cell told me to get off the floor & come cuff up I comply but struggled to get on my feet. I was then cuffed & escorted out of the cell an Placed into the stripout cage. The nurse came an I told him about the Pain in my Neck & Back but he refused me any proper medical assistance. I am requesting that Officer Crabtree, The Leutenant & medical staff be held accountable for my injuries, emotional distress & mental anguish & face an employee Disciplinary Hearing for Violating institutional Policies & my constitutional rights.
*end.*

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken (*Cite appropriate policy, procedure or regulation in response*):**

Staff Member's Signature and Title:

Date:

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

| Submitted To: Inspector / 2nd shift capton | Date Submitted: 10-24-21 |
|---|---|
| Inmate's Name: Antonio Johnson   Number: 640044 | Housing Assignment: D1-20 |

Complaint Regarding: Violation of 5120-9-04 inapropriate supervison, Misuse of force, Violation of my 8th amendment constitutional right to be free from cruel & unusual punishment & medical neglect. On Oct-24-2021 Cell 20 on Hunger Strike. Wittness officer Crabtree open the first Door to my cell an ask If I wanted to eat I told officer Crabtree No. In which officer Crabtree Replied "You niggers are gonna stop refusing these Trays" refering to me and my neighbor weaber 641-925 D-1 cell 19 who was also on Hunger strike I had verbally & visually witness this entire incident. After hearing that racial remark toward me an my neighbor I then asked officer crabtree for a Informal Complaint an kites so I can write him up officer crabtree then stated "Fuck that write up I'll come in their an hang your Ass" officer Crabtree then Opened the 2nd door to my cell as if to make an attempt to come in an hang me, but he Imediately closed the door an walked away but he did not lock # at this time I began to fear for my life knowing my Door was still unlocked an any officer could Just come in my cell an cause harm to me. I then asked my neighbor what should I do in this situation? My neighbor told me to remain Calm until 1st and shift to let the then officers know about my Door being open an I need Informals and kites. 2nd shift then comes in and I do exactly that but was imediately ignored an refused any assistance. End.

Page 1 of 2                                                            next →

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

## Action Taken (*Cite appropriate policy, procedure or regulation in response*):

I spoke with Officer Crabtree about your allegations, Officer Crabtree Denies your allegations.

Any and all use of force incidents are reviewed per the use of force policy.

| Staff Member's Signature and Title: Cpt B.D. Lyman | Date: 10-30-21 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)                                                    ACA 4271

# Informal Complaint Resolution

RECEIVED
JAN 2 6 2022
Institution: SOCF
SOCF INFIRMARY

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

| Submitted To: Mrs Goodman | | Date Submitted: 1-24-22 |
|---|---|---|
| Inmate's Name: Antonio Johnson | Number: 640044 | Housing Assignment: K-2-17 |

Complaint Regarding: Medical Neglect. On 1-21-22 I was escorted to medical to see Dr Connor about my medical issues that still exsist to this very day. These following injuries happen on 1-15-22 my injuries was not recorded till 1-20-22 my right Thumb on the left side has no feeling, my right wrist on the left side has a deep cut an I have a shooting pain that travels up my arm when my wrist or Thumb is bent a pacific way. The exact same thing applys to my left wrist an Thumb on the right side. My lower neck, between my sholder blades, an lower back is in extream pain from the use of force used on me on 1-15-22 I went to see the Dr to explain to him I NEED X-Rays an MRI's to find out the extent of the Damage witch he refused to order to have done. My right lower knee is black, blue, an yellow. This is innapropriate supervision. Can You Help me with this matter?

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken (*Cite appropriate policy, procedure or regulation in response*):**

Mr Johnson,
You were seen by an RN following a UOF incident on 1-15-22 and a medical exam report was completed. You placed a HSR for fu NSC evaluated on 1/20/22 according to Protocol A-2.35 NSC. You were treated and referred to a ALP who you saw 1-21-22 well with the Guidelines fu DSC. ALL treatment is decided by the treating ALP In accordance with 68-Med-01 and you do not get a second opinion. If Your Condition has worsened or chat fu, ob please seek NSC

| Staff Member's Signature and Title: B. Doerma NCA | Date: 1-28-22 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DC4151 (Rev 11/01)                    ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

| Submitted To: 1st Shift Captain/Inspector | Date Submitted: 1-23-22 |
|---|---|
| Inmate's Name: Antonio Johnson  Number: 640044 | Housing Assignment: K2-17 |

Complaint Regarding: Innapropreate supervision retaluation
is a violation of my amendment right to be free
from cruel and unuseual punishment I was
escorted from K-1-61 to J-2 witthout any white shirt
and the officers twisted an pulled my wrist an thumbs
like a "Joy stick" to the point I lost feeling an repeatedly
slamed me to the ground an draged me down the hallway
to the point my right knee was fat an my neck & back
is in extreamm pain. No nurse came to record my injuries
and on my use of force statement I stated "force was use
on me while I was coopererating the whole time"
all this can be seen on DVR in the hallway. At the end of
my torchur in the hallway I was placed in a wheel chair an
pushed to J-2 stripout cage an forced stoped being used
I was placed in the stripout cage an no white shirt was
still there. The DVR from 1-15-22 can support all this

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

I/s use of force which is on DVR. AND
Supervisor will Investigate once (they) recieves
Packet.

| Staff Member's Signature and Title: Cpt. N.Fri | Date: 1.25.22 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

1724 st. R
Lucasville Oh
45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

US POSTAGE
ZIP 45644
0000230847 JAN 11 2023
$ 002.16°

RECEIVED

JAN 13 2023

[ DEBORAH S. HUNT, Clerk

Office of the Clerk
United States Court of Appeals
100 E. Fifth Street, Room 540
Cincinnati Ohio
45202-3988